BRADY-FRAY, ADMR., APPELLEE, *v.* TOLEDO
EDISON COMPANY ET AL., APPELLANTS.

[Cite as *Brady–Fray v. Toledo Edison Co.,*
102 Ohio St.3d 1244, 2004-Ohio-3591 .]

(No. 2003–1443—Submitted June 8, 2004—Decided July 21, 2004.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents and would affirm.

Blumenstiel, Huhn, Adams & Evans, L.L.C., and J.B. Blumenstiel; Kolb & Heban and Richard Kolb, for appellee.

Roetzel & Andress, L.P.A., Denise M. Hasbrook, Alisa L. Wright and Brad A. Rimmel, for appellant Toledo Edison Company.

Baran, Piper, Tarkowsky, Fitzgerald & Theis Co., L.P.A., and Donald E. Theis, for appellant Asplundh Tree Expert Company.

Botros, Kollin & Schulte, L.L.C., Richard W. Schulte and Stephen D. Behnke, urging affirmance for amicus curiae Ohio Academy of Trial Lawyers.

Calfee, Halter & Griswold, L.L.P., Thomas I. Michals and Mark L. Belleville, urging reversal for amici curiae Columbus Southern Power Company, Ohio Power Company, Columbia Gas of Ohio, Inc., Cleveland Electric Illuminating Company, Ohio Edison Company, Dayton Power & Light Company, and Cincinnati Gas & Electric Company.